# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**QUEYONOH KWEH**                                                               **PLAINTIFF**

v.                              No. 3:22-cv-218-DPM

**SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting Commissioner
of the Social Security Administration,
Agency**                                                                        **DEFENDANT**

## ORDER

1. Kweh's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports minimal income and two dependents.

2. The Court must screen Kweh's complaint. 28 U.S.C. § 1915(e)(2). She is a former employee of the Social Security Administration. Kweh says she was fired in violation of Title VII and the ADA because of her race, color, national origin, and disability. *Doc. 2*. She says she was denied reasonable accommodations and suffered harassment, discrimination, and retaliation. Although the allegations in Kweh's complaint are thin, the attached EEOC order denying her claims allows the Court to identify the necessary specifics.

3. The Clerk must prepare summons for the United States Social Security Administration. The Clerk must provide copies of the summons, the complaint, and this Order to the Marshal, who is directed

to serve process by certified mail, restricted delivery, return receipt requested to the following:

- Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Room 4400, Washington D.C. 20530

- Johnathan D. Ross, Acting United States Attorney, Eastern District of Arkansas, P.O. Box 1229, Little Rock, Arkansas 72203-1229

- Kilolo Kijakazi, Acting Commissioner of the SSA, Office of the Regional Chief Counsel, Region VI, SSA, 1301 Young Street, Ste. 340, Mailroom 104, Dallas, Texas 75202-5433

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 2 November 2022