IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUEYONOH KWEH                                      PLAINTIFF

v.                      No. 3:22-cv-218-DPM

SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting Commissioner
of the Social Security Administration,
Agency                                           DEFENDANT

## ORDER

Opposed motion, *Doc. 11*, granted. Answer or Rule 12(b) motion due by 7 February 2023.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 January 2023