IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUEYONOH KWEH                                                       PLAINTIFF

v.                              No. 3:22-cv-218-DPM

SOCIAL SECURITY
ADMINISTRATION,
Agency Kilolo Kijakazi,
Acting Commissioner
of the Social Security
Administration, Agency                                              DEFENDANT

## ORDER

Unopposed motion, *Doc. 15*, granted. Response due by 17 April 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2023