# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**QUEYONOH KWEH**                                                        **PLAINTIFF**

v.                                    No. 3:22-cv-218-DPM

**KILOLO KIJAKAZI**, Acting
**Commissioner, Social Security
Administration, Agency**                                                 **DEFENDANT**

## ORDER

Unopposed motion, *Doc. 17*, granted. Response due by 17 July 2023.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 April 2023