IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUEYONOH KWEH                                                               PLAINTIFF

v.                              No. 3:22-cv-218-DPM

SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting
Commissioner of the Social
Security Administration, Agency                                             DEFENDANT

## ORDER

Unopposed motion, *Doc. 19*, granted as modified.  Response due by 18 September 2023.  Final extension.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 July 2023