IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUEYONOH KWEH                                      PLAINTIFF

v.                   No. 3:22-cv-218-DPM

SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting Commissioner
of the Social Security Administration,
Agency                                                      DEFENDANT

## ORDER

1.      Kweh worked for the Social Security Administration as a claims specialist. The employment was bumpy. Kweh eventually filed discrimination charges with the EEOC. She filed this case after the EEOC decided against her. She is *pro se*. The Social Security Administration moved to dismiss, arguing that some of Kweh's claims failed as a matter of law and some were not well pleaded. Kweh requested, and the Court granted, several extensions of time to respond. She has now responded, offering an amended complaint that eliminates several claims. The Court construes her response also as a request to amend. That request is granted. The Court will consider her original complaint, *Doc. 2* (with the attached EEOC decision), as amended by her recent pleading, *Doc. 22*, as the live complaint.

2. Kweh has abandoned several claims. These include:
- state law claims about assault and fraud;
- unlawful termination; and
- discrimination and termination based on color and national origin.

Each of these claims is dismissed without prejudice.

3. Kweh's disability-related claims fail as a matter of law. The Americans with Disabilities Act does not apply to the Social Security Administration. 42 U.S.C. § 12111(5)(B)(i).

4. That leaves Kweh's race discrimination, race-based harassment, and retaliation claims. While she has attached the EEOC's decision denying those claims, it is unclear exactly which facts she believes support each claim. The Social Security Administration, and the Court, need particulars.

Kweh must describe what events support race-based harassment, race discrimination, and retaliation. Each claim must be rooted in specific facts. The who, what, how, and when would be helpful. Some examples: Who harassed or discriminated against her? What did they do? How was she treated differently based on her race? Who are the similarly situated employees that were treated more favorably? When did the offensive actions take place? What protected activity did she participate in? How was she retaliated against? Kweh need not resubmit her EEOC documents. Instead, in a second amended

complaint, she must describe in simple terms the factual events that she believes justify each of her three remaining legal claims.

Kweh must file her second amended complaint with claim-specific details by 31 October 2023. If she does not, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

\* \* \*

Motion, *Doc. 13*, granted as modified.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2023