# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

QUEYONOH KWEH                                              PLAINTIFF

v.                              No. 3:22-cv-218-DPM

SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting Commissioner
of the Social Security Administration,
Agency                                                    DEFENDANT

## ORDER

Unopposed motion, *Doc. 25*, granted.  Defendant's Answer or

Rule 12(b) motion due by 28 November 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2023