IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**QUEYONOH KWEH**                                            **PLAINTIFF**

v.                          No. 3:22-cv-218-DPM

**SOCIAL SECURITY
ADMINISTRATION, Agency
Kilolo Kijakazi, Acting Commissioner
of the Social Security Administration,
Agency**                                                     **DEFENDANT**

## JUDGMENT

Of Kweh's claims, the following are dismissed with prejudice: discriminatory non-promotion and termination; the harassment allegations in her January 2018 EEOC charge; and disability-related discrimination. The following claims are dismissed without prejudice: race-based harassment; race, color, and national origin discrimination; retaliation; and state-law assault and fraud.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2024